Cecil POYNER *v.* ARKANSAS CONTRACTORS
LICENSING BOARD
Bruce Earl Ward *v.* State of Arkansas

98-952
CR 98-657                                   985 S.W.2d 297

Supreme Court of Arkansas
Opinion delivered December 11, 1998

*Lyon, Emerson & Cone,* for appellant Cecil Poyner.

No response.

*Deborah R. Sallings,* for appellant Bruce Earl Ward.

No response.

P ER CURIAM. The procedural background in this matter
is set forth in our *per curiam* orders issued on November
19, 1998. *Poyner v. Arkansas Contractors Licensing Bd.,* 335 Ark.
260, 979 S.W.2d 902 (1998); *Ward v. State,* 335 Ark. 265, 979
S.W.2d 902 (1998). Ms. Lené Collins-Sontag, substitute court
reporter for the Third and Seventh Divisions of Pulaski County
Circuit Court, was cited to appear before this court on December
10, 1998, at 9:00 a.m. to show cause why she should not be held
in contempt of this court for her failure to comply in a timely
manner with the command of the writs of certiorari issued on
September 10, 1998, and September 17, 1998. *Id.* Ms. Collins-
Sontag did not appear.

Because Ms. Collins-Sontag failed to appear before this
court on December 10, 1998, as ordered by the *per curiam* orders

issued on November 19, 1998, we hereby order the State Police to take immediate custody of Ms. Collins-Sontag and deliver her to the Pulaski County Detention Facility, where she shall be held until such time as her appearance can be scheduled before this court.